**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>VS.<br><br>**JOHNNY EDWARD McFARLIN,**<br><br>**Defendant** | NO. 5: 06-CR-44 (WDO)<br><br>VIOLATIONS: DRUG RELATED |

## ORDER OF DETENTION PENDING TRIAL

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a DETENTION HEARING was this day held in the above-captioned case before the undersigned. The defendant was represented by Mr. Lester Miller of the Macon Bar; the United States was represented by Assistant U. S. Attorney Charles Calhoun. Based upon the evidence proffered to the court by counsel for the government and the defendant and the contents of the Pretrial Service Report dated May 4, 2006, as well as argument of counsel, I conclude that the following facts require the detention of the defendant pending the trial of this case

### PART I - FINDINGS OF FACT

☒ (1) There is PROBABLE CAUSE to believe that the defendant has committed an offense

  ☒ for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act.
  ☐ under 18 U.S.C. §924(c).

☒ (2) The defendant has not rebutted the presumption established by finding (1) that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

#### ALTERNATIVE FINDINGS

☐ (1) There is a serious risk that the defendant will not appear.

☒ (2) There is a serious risk that the defendant will endanger the safety of another person or the community.

### PART II - WRITTEN STATEMENT OF REASONS FOR DETENTION

Applying the factors set forth in 18 U.S.C. §3142(g), I find that the evidence proffered at the DETENTION HEARING, as supplemented by information contained in the Pretrial Services Report of the U. S. Probation Office dated May 4, 2006, independently establishes by clear and convincing evidence that no condition or combination of conditions set forth in 18 U.S.C. §3142(c) will reasonably assure the safety of the community were defendant McFarlin to be released from custody at this time. The offenses charged against the defendant are serious drug offenses for which he faces long-term imprisonment if convicted; his estimated guideline sentencing range is 210 months to 262 months in prison. The weight of evidence appears to be strong, with confidential informants making illegal drug purchases from the defendant on two separate days.

**Defendant McFarlin has a very significant felony conviction record which includes the following: MURDER, 1983, Superior Court of Upson County (apparently sentenced on a lesser homicide offense; POSSESSION OF MARIJUANA, 1988, Superior Court of Upson County; BURGLARY, 1988, Superior Court of Upson County; VIOLATION OF THE GEORGIA CONTROLLED SUBSTANCES ACT, 1991, Superior Court of Upson County; BURGLARY, 1991, Superior Court of Upson County; VIOLATION OF THE GEORGIA CONTROLLED SUBSTANCES ACT, 1995, Superior Court of Upson County; and, USE OF A COMMUNICATIONS FACILITY (drug related), 2001, U. S. District Court for the Middle District of Georgia.**

**In addition, defendant McFarlin has a lengthy history of substance abuse and a history of both probation and parole revocations.**

**For the foregoing reasons, pretrial detention is mandated.  IT IS SO ORDERED.**

### PART III  -  DIRECTIONS REGARDING DETENTION

**The defendant is hereby committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.**

**SO ORDERED, this 8th day of MAY, 2006.**

**CLAUDE W. HICKS, JR.**
**UNITED STATES MAGISTRATE JUDGE**